IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01486-KLM

LEGACY GROUP LENDING, INC., a Washington corporation, and
LEGACY GROUP HOLDINGS INC., a Washington corporation,

    Plaintiffs,

v.

W.J. BRADLEY MORTGAGE CAPITAL, LLC, a Delaware limited liability company,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Dismiss Pursuant to Fed.R.Civ.P. 8(a) and 12(b)(6)** [#15] (the "Motion"). On July 3, 2014, Plaintiffs timely filed an Amended Complaint [#19] in response to the Motion. *See* Fed. R. Civ. P. 15(a)(1)(B).

    IT IS HEREBY **ORDERED** that the Motion [#15] is **DENIED as moot**. *See, e.g.*, *Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 14826, at *1 (D. Colo. Jan. 11, 2010) (citations omitted) ("The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded."); *AJB Props., Ltd. v. Zarda Bar-B-Q of Lenexa, LLC*, No. 09-2021-JWL, 2009 WL 1140185, at *1 (D. Kan. April 28, 2009) (finding that amended complaint superseded original complaint and "accordingly, defendant's motion to dismiss the original complaint is denied as moot"); *Gotfredson v. Larsen LP*, 432 F.Supp.2d 1163, 1172 (D. Colo. 2006) (noting that defendants' motions to dismiss are "technically moot because they are directed at a pleading that is no longer operative").

    IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to Plaintiffs' Amended Complaint [#19] in accordance with Fed. R. Civ. P. 15(a)(3).

    Dated:  July 8, 2014